

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100

June 26, 2015

Clerk of the Court
Eastern District of New York
271 Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

      Re:    Debtors: Marcel F. Juste and Natacha Juste a/k/a Natacha Amilcar
            Case No.: 11-48247 nhl
            Our File No.: 01-046654-B01

Dear Clerk of the Court:

This firm represents Bank of America, NA ("BANA"), a secured creditor in regards to the above-referenced bankruptcy case.

Please allow this letter to confirm that the Motion for Relief filed on behalf of BANA on December 14, 2014 as ECF No.: 56 is withdrawn in light of pending loss mitigation. Please remove the July 7, 2015 hearing from the Court's calendar.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY:   /s/ Michelle C. Marans
       Michelle Marans, Esq.
       Counsel to Secured Creditor

cc:    David Shaev, Esq. (Via ECF)
       Marianne DeRosa, Esq. (Via ECF)

NYC Office:
61 Broadway, Suite 2020
New York, NY 10006-2700
Tel: (212) 344-3100

WWW.FLWLAW.COM

NJ Office:
80 Main Street
West Orange, NJ 07052
Tel: (973) 325-8800