| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------x<br>IN RE:<br><br>Marcel F Juste<br>and Natacha Juste a/k/a Natacha Amilcar,<br><br>          Debtors.<br>----------------------------------------------------------x | Hearing date: September 1, 2015<br>Hearing time: 11:00 a.m.<br><br>CASE NO.:11-48247-nhl<br><br>CHAPTER 13<br><br>Hon. Judge: Nancy Hershey Lord |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that upon the application of Bank of America, N.A., the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. §362(d), vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtors' premises located at, 2037 Schenectady Avenue, Brooklyn, New York 11234 and for such other and further relief as is just and proper.

This Motion shall be heard at the United States Bankruptcy Court, Eastern District, 271 Cadman Plaza East, Courtroom# 3577 Brooklyn, New York, 11201 on September 1, 2015 at 11:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the hearing date of this motion.

Dated: Buffalo, New York
   July 16, 2015

                  FRENKEL LAMBERT WEISS
                  WEISMAN & GORDON LLP

                  BY:
                  Michelle C. Marans, Esq.
                  53 Gibson Street
                  Bay Shore, New York 11706
                  (631) 969-3100
                  Our File No.:01-046654-B02

TO:   Marcel F Juste
      Debtor
      2037 Schenectady Avenue
      Brooklyn, NY 11234

      Natacha Juste
      a/k/a Natacha Amilcar
      Debtor
      2037 Schenectady Avenue
      Brooklyn, NY 11234

      David Shaev, Esq.
      Attorney for the Debtors
      Shaev & Fleischman LLP
      1430 Broadway, Suite 1802
      New York, NY 10018

      Marianne DeRosa
      Chapter 13 Trustee
      115 Eileen Way, Suite 105
      Syosset, NY 11791

      U.S. Trustee
      Office of the United States Trustee
      271 Cadman Plaza East, Suite 4529
      Brooklyn, NY 11201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:

Marcel F. Juste
and Natacha Juste a/k/a Natacha Amilcar,

                              Debtors.
-------------------------------------------------------------x

CHAPTER 13

CASE NO.: 11-48247-nhl

Judge: Hon. Nancy Hershey Lord

## MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY REGARDING REAL PROPERTY

Bank of America, N.A., ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property for the Debtors having an address of 2037 Schenectady Avenue, Brooklyn, New York 11234 (the "Property"), for all purposes allowed by law, the Note (defined below), the Mortgage (defined below), and applicable law, including but not limited to the right to foreclose. Attached hereto as **Exhibit A** is a background information form required by local rules. In further support of this Motion, Movant respectfully states:

1.     A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on September 28, 2011.

2.     A Chapter 13 plan was confirmed on September 10, 2012.

3.     The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $361,625.00 (the "Note"). A copy of the Note is attached hereto as **Exhibit B**. Movant is entitled to enforce the Note.

4.     Pursuant to the certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and Mortgage are secured by the Property. A copy of the Mortgage is annexed hereto as **Exhibit C**.

5.     All rights and remedies under the Mortgage have been assigned to the Movant

6. Note and Mortgage were modified pursuant to Loan Modification Agreement executed January 28, 2010. The Note and Mortgage were further modified by a second Loan Modification Agreement dated March 28, 2012 and executed by the Debtors on March 30, 2012. Copies of both Loan Modification Agreements are attached hereto as **Exhibit E**.

7. In response to a prior motion for relief filed by Movant on or around December 15, 2014, Debtors applied for loss mitigation. Movant withdrew the prior motion in light of the pending loss mitigation. Debtors' request for a loan modification was ultimately denied and as such, the current motion for relief has been filed.

8. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

9. As of June 30, 2015, the outstanding amount of the Obligations less any partial payments or suspense balance is $438,216.15

10. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors as of June 30, 2015:

| Number of Missed Payments | FROM | TO | Monthly Payment Amount | Total Amount Delinquent |
|---|---|---|---|---|
| 2 | 11/1/2013 | 12/1/2013 | $2,292.01 | $4,584.02 |
| 12 | 1/1/2014 | 12/1/2014 | $2,460.60 | $29,527.20 |
| 6 | 1/1/2015 | 6/1/2015 | $2,386.04 | $14,316.24 |
| Less post-petition partial payments (suspense balance): | | | | ($80.02) |
| | | | Total: | $48,347.44 |

11. The estimated market value of the Property is $360,000.00. The basis for such a valuation is "Schedule A". A copy of "Schedule A" is attached hereto as **Exhibit F**.

12. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is note adequately protected.

(b) Post-confirmation payments required by the confirmed plan have not been made to the Movant.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the automatic stay for all purposes allowed by law, the Note, the Mortgage and applicable law, including but not limited to allowing Movant and any successor or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to another case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

Dated: Buffalo, New York
July 16, 2015

Respectfully submitted,

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

BY: _____
Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, New York 11706
(631) 969-3100
Our File No.: 01-046654-B01

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

Marcel F Juste
and Natacha Juste a/k/a Natacha Amilcar,

                                Debtors.
-----------------------------------------------------------x

CASE NO.:11-48247-nhl

CHAPTER 13

Hon. Judge: Nancy Hershey Lord

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF SUFFOLK )

    Foula Flanagan, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Suffolk County in the State of New York.

    On July 16, 2015 deponent served the within Notice of Motion for Relief from the Automatic Stay and Motion for Relief from the Automatic Stay, Order Granting Relief from the Automatic Stay upon:

Marcel F Juste
Debtor
2037 Schenectady Avenue
Brooklyn, NY 11234

Natacha Juste
a/k/a Natacha Amilcar
Debtor
2037 Schenectady Avenue
Brooklyn, NY 11234

David Shaev, Esq.
Attorney for the Debtors
Shaev & Fleischman LLP
1430 Broadway, Suite 1802
New York, NY 10018

Marianne DeRosa
Chapter 13 Trustee
115 Eileen Way, Suite 105
Syosset, NY 11791

U.S. Trustee
Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

    The above parties were served by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                Foula Flanagan

Sworn to before me this
16th day of July, 2015

Notary Public

JESSICA SPIEGELMAN
Notary Public, State of New York
No. 01SP6093750
Qualified in Suffolk County
Commission Expires June 9, 20 19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

Marcel F Juste
and Natacha Juste a/k/a Natacha Amilcar,

                           Debtors.
-----------------------------------------------------------x

CASE NO.:11-48247-nhl

CHAPTER 13

Hon. Judge: Nancy Hershey Lord

### ORDER TERMINATING AUTOMATIC STAY BY DEFAULT

Upon the unopposed motion of Bank of America, N.A., dated July 16, 2015, seeking relief from the automatic stay and after a preliminary hearing held on September 1, 2015, it is

ORDERED, that the automatic stay, instituted upon the filing of the within bankruptcy case, is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to Movant's, its successors and/or assigns, lien interest in the premises described in said Motion as 2037 Schenectady Avenue, Brooklyn, New York 11234, including but not limited to foreclosure, eviction, loss mitigation, short sale offers and deed in lieu, and the movant shall account to this estate for any surplus proceeds realized after the sale.